# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SHARON M. KROMMENHOEK, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | No. C07-4078-MWB <br><br> **REPORT AND RECOMMENDATION ON MOTION TO DISMISS** |

The plaintiff filed this action on September 18, 2007, to request judicial review of the defendant's denial of her applications for disability benefits under Titles II and XVI of the Social Security Act. On November 15, 2007, the defendant filed a motion to dismiss (Doc. No. 7), alleging the plaintiff has failed to exhaust her administrative remedies. The plaintiff has failed to file a timely resistance to the motion. Accordingly, the motion to dismiss should be granted. *See* LR 7.1(f).

Therefore, **IT IS RESPECTFULLY RECOMMENDED**, unless any party files objections to the Report and Recommendation in accordance with 28 U.S.C. § 636 (b)(1) and Fed. R. Civ. P. 72(b), within ten (10) days of the service of a copy of this Report and Recommendation, that the Commissioner's motion to dismiss be granted.

**IT IS SO ORDERED.**

**DATED** this 5th day of December, 2007.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT